# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AARON QUINCY INGRAM,<br>    Plaintiff,<br>v.<br>SCOTT L. BINDRUP,<br>    Defendant. | Case No. 2:21-cv-01911-GMN-NJK<br>**ORDER**<br>[Docket No. 4] |

Pending before the Court is Plaintiff's motion to extend the deadline to file a fully complete application to proceed *in forma pauperis*.  Docket No. 4.  For good cause shown, the Court **GRANTS** Plaintiff's request.  The deadline for Plaintiff to file a fully complete application to proceed *in forma pauperis* is **EXTENDED** to **July 15, 2022**.  All other requirements set forth in the Court's order at Docket No. 3 continue to apply.

IT IS SO ORDERED.

Dated: June 1, 2022

                                                                       Nancy J. Koppe<br>
                                                                       United States Magistrate Judge